UNITED STATES v. BOKER et al. (Circuit Court of Appeals, Second Circuit. November 6, 1899.) No. 23. Appeal from the Circuit Court of the United States for the Southern District of New York. Henry C. Platt, for the

United States. Albert Comstock, for appellees. Before WALLACE, LA-COMBE, and SHIPMAN, Circuit Judges. No opinion. Affirmed in open court. See (C. C.) 86 Fed. 119; (C. C.) 90 Fed. 804; (C. C. A.) 97 Fed. 205.